IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. COlO 2034204-05-06

UNITED STATES OF AMERICA,

Plaintiff,

v.

Lindsey Lacy,

Defendant.

Court appoints Christine Deringer

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___ Initial Appearance  **X** Arraignment  ___ Sentencing  ___ Status

___ Administrative Review  ___ Show Proof  ___ Other (_____)

The location, date and time set for the hearing is:

___ 212 N. Wahsatch, Suite 101  ___ 901 19th Street, Rm. A-105  ___ 1929 Stout St.
Colorado Springs, CO 80903       Denver, CO 80294                Denver, CO 80294

Appearance date: 9/14/2011, at 10:00am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NLC
Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 8/10/11       Name: Lindsey Lacy
                           (Please Print)
                     Address: 6605 Mt Werner Cir.

Phone (719) 660-5496      Colo. Spgs CO 80906
Revised 3/17/09