IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. C0lO-203420405/06

UNITED STATES OF AMERICA,

Plaintiff,

v.

Lindsey Lacy,

Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance   X Arraignment cont   ___Sentencing   ___Status

___Administrative Review   ___Show Proof   ___Other (_____)

The location, date and time set for the hearing is:

X 212 N. Wahsatch, Suite 101   ___901 19th Street, Rm. A-105   ___1929 Stout St.
Colorado Springs, CO 80903       Denver, CO 80294                Denver, CO 80294

Appearance date: 10/12/11, at 10am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NLC
Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:___

Dated: 9/14/2011   Name: C. Dickinson
                   (Please Print)
                   Address: 31 N. Tejon, Ste 304
Phone: 550 9177            CS Co 80903

Revised 3/17/09